IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hunt Jr, Nathaniel | Case Number: 07 B 17360 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 1/15/08 | Filed: 9/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 29, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Capital One | Unsecured | 1,562.55 | 0.00 |
| 2. | Capital One | Unsecured | 3,327.76 | 0.00 |
| 3. | AT&T | Unsecured | | No Claim Filed |
| 4. | Bank Of America | Unsecured | | No Claim Filed |
| 5. | AT&T Wireless | Unsecured | | No Claim Filed |
| 6. | Bank Of America | Unsecured | | No Claim Filed |
| 7. | Chase | Unsecured | | No Claim Filed |
| 8. | GEMB | Unsecured | | No Claim Filed |
| 9. | Cingular Wireless | Unsecured | | No Claim Filed |
| 10. | GEMB | Unsecured | | No Claim Filed |
| 11. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 12. | HSBC Taxpayer Financial Services | Unsecured | | No Claim Filed |
| 13. | Sprint | Unsecured | | No Claim Filed |
| 14. | MCI | Unsecured | | No Claim Filed |
| 15. | Verizon Wireless | Unsecured | | No Claim Filed |
| 16. | Mount Sinai Hospital Medical C | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | Sprint PCS | Unsecured | | No Claim Filed |
| 19. | MCI Residential | Unsecured | | No Claim Filed |
| 20. | US Cellular | Unsecured | | No Claim Filed |
| 21. | US Cellular | Unsecured | | No Claim Filed |
| 22. | TCF Bank | Unsecured | | No Claim Filed |
| 23. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,890.31 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hunt Jr, Nathaniel | Case Number:  07 B 17360 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/15/08 | Filed:  9/24/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

